*Aaron Rosenzweig,* with him *Samuel M. Rosenzweig,* and *Rosenzweig & Rosenzweig,* for appellant.

*Norman J. Cowie,* with him *Thomson, Rhodes & Grigsby,* for appellee.

OPINION PER CURIAM, December 20, 1971:
Decree affirmed; costs on appellant.
Mr. Justice JONES and Mr. Justice ROBERTS took no part in the consideration or decision of this case.

Commonwealth *v.* Gasperic, Appellant.

Submitted March 22, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

· *Stephen I. Goldring* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant.

*Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 20, 1971:
Order and judgment of sentence affirmed.

Scott, Appellant, *v.* Scott.

Argued September 27, 1971.   Before JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.